IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

    Plaintiff,                    No. CIV S-05-2622 FCD KJM P

    vs.

RODERICK Q. HICKMAN, et al.,

    Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Fresno and Kings Counties, which are part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(b). Indeed, many of the allegations are the same as those made in <u>Turner v. Woodford</u>, Civ. No. S-05-0695 AWI LJO P, currently pending in the Fresno Division of this court. Only the claims in paragraphs 68 through 020 appear to be new and all of these alleged violations occurred at Pleasant Valley State Prison, which is in Fresno County.

        As provided by Local Rule 3-120(d), a civil action that has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

1

1  division of the court.  Therefore, this action will be transferred to the Fresno Division of the
2  court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
3  request to proceed in forma pauperis.
4        Good cause appearing, IT IS HEREBY ORDERED that:
5        1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
6        2. This action is transferred to the United States District Court for the Eastern
7  District of California sitting in Fresno; and
8        3. All future filings shall reference the new Fresno case number assigned and
9  shall be filed at:

> United States District Court
> Eastern District of California
> 1130 "O" Street
> Fresno, CA 93721

13  DATED: January 13, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

20  2/mp
    turn2622.22